UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

United States,

                    Plaintiff,

      -against-

All Assets Held in Account Numbers
102162418400, 102162418260, and
102162419780 at Bank of New York
Mellon SA/NV, et al.,

                  Defendants.
------------------------------------------------------------x

11-23-15

1:15-cv-5063 (ALC)

**ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., United States District Judge:**

On June 29, 2015 Plaintiff filed a complaint against the above-captioned bank and investment accounts as defendants *in rem*. (ECF No. 1). Beginning on July 1, 2015, and for thirty (30) consecutive days thereafter, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the complaint was posted on the official government internet site www.forfeiture.gov. Proof of such publication was filed with the Clerk of Court on October 30, 2015. Defendant has not answered or otherwise responded to the Complaint. Having obtained a clerk's certificate of default on November 3, 2015, plaintiff then submitted to the Court a Motion for Default Judgment against Defendant.

Defendant is hereby ORDERED TO SHOW CAUSE why default judgment for failure to move or otherwise answer the Complaint should not be entered, pursuant to Federal Rule of Civil Procedure 55. Such showing shall be made in writing by affidavit and memorandum of law filed on or before December 21, 2015. Any failure by defendant to make this showing will result in entry of default judgment.

The parties shall appear for a hearing in this matter on January 7, 2016, at 3:00 p.m. in

Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN DEFAULT JUDGMENT AGAINST DEFENDANTS.

SERVICE of a copy of this Order to Show Cause upon Defendants and the Motion for Default Judgment, on or before November 30, 2015, shall be deemed good and sufficient. Plaintiff may file PROOF OF SUCH SERVICE in the Clerk's office before the return date of this Order to Show Cause.

**SO ORDERED.**

**Dated:** November 23, 2015
      **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

2