UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,  :

               Plaintiff,  :

               - v. -  :

ANY AND ALL ASSETS HELD IN ACCOUNT  :    No. 15-CV-05063
NUMBERS 102162418400, 102162418260, AND
102162419780 AT BANK OF NEW YORK MELLON  :
SA/NV, BRUSSELS, BELGIUM, ON BEHALF OF
FIRST GLOBAL INVESTMENTS SPC LIMITED'S  :
"AAA RATED FIXED INCOME OF DEVELOPED
ECONOMIES SEGREGATED PORTFOLIO," FUND  :
ID AAARATEDFIX01, GENERAL ACCOUNT
NUMBER 216241, AND ANY PROPERTY
TRACEABLE THERETO, et al.

               Defendants *in rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## SUPPLEMENTAL AFFIDAVIT

     I, MARIE M. DALTON, hereby declare, under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that:

     1.    I am a Trial Attorney in the United States Department of Justice, Asset Forfeiture and Money Laundering Section.

     2.    On November 24, 2015, I caused a copy of the (i) Order to Show Cause, (ii) Motion for Default Judgment with Exhibits, and (iii) Declaration of Marie M. Dalton in Support of Default Judgment with Exhibits filed in the above captioned case ("Order to Show Cause Packet"), to be mailed by Federal Express to six individuals and four entities at a total of thirty addresses. Those names and address to which such materials were delivered are set forth in Docket Number 15.

3. Order to Show Cause Packets mailed by Federal Express to the following addresses but were returned as undeliverable:

| Addressee | Address | FedEx Tracking Number | Reason Indicated |
|---|---|---|---|
| Expoline Limited | 48 Queen Anne Street, London, UK, W1G9JJ | 8506 5638 4555 | Recipient Moved |
| Expoline Limited | Suite 18B, 148 Connaught Road, Central, Hong Kong | 8506 5638 4761 | Recipient Moved |
| Expoline Limited | 10/F Baskerville House, 13 Duddel Street Central, Hong Kong | 8506 5638 4772 | Refused Delivery |
| Shokrukh Sabirov | 148 Connaught Road, Central, Hong Kong | 8506 5638 4783 | Incorrect Address |

4. However, Order to Show Cause Packets were delivered to Shokrukh Sabirov and Expoline at the following alternative addresses:

| Addressee | Address | FedEx Tracking Number | Status |
|---|---|---|---|
| Expoline Limited | Suite 701, Tung Hip Commercial Building, 244-248 Des Voeux Road Central, Hong Kong | 8506 5638 4750 | Delivered |
| Shokrukh Sabirov | 6 Abdurashidova Street, Yunusabad District, Tashkent City, Uzbekistan | 8506 5638 4680 | Delivered |
| Shokrukh Sabirov | Parda Tursun Ulitsa, Dom 19 Tashkent, Uzbekistan 100105 | 8506 5638 4691 | Delivered |

5. The Court's docket shows that no party or entity that received the Order to Show Cause Packets filed an affidavit or memorandum of law demonstrating why default judgment should not be entered, pursuant to Federal Rule of Civil Procedure 55.

6. The United States was not served with an affidavit or memorandum of law by any claimant before or after the Court's filing deadline except that on or about January 4, 2016, the

2

United States was contacted by email and phone by Richard J. Holwell, Esq., who stated he represents the Republic of Uzbekistan and would seek an adjournment to file a claim on its behalf.  The United States has since entered into a stipulation with counsel for the Republic of Uzbekistan regarding their interest in filing a claim.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  Washington, D.C.
         January 6, 2015

                Respectfully submitted,

                M. KENDALL DAY, CHIEF
                ASSET FORFEITURE AND MONEY
                    LAUNDERING SECTION

By:    */s/ Marie Dalton*
        MARIE DALTON
        Trial Attorney
        Asset Forfeiture and Money
          Laundering Section
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C.  20005
        Telephone:     (202) 598-2982
        Fax:                (202) 617-2547
        Email:             Marie.Dalton@usdoj.gov

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA