UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                          1:15-cv-05063 (ALC)

All Assets Held in Account Numbers
102162418400, 102162418260, and
102162419780 at Bank of New York
Mellon SA/NV, et al.

          Defendants.                          1-11-16

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on November 11, 2015, Plaintiff the United States of America ("Plaintiff") filed a motion for default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure;

WHEREAS, on November 23, 2015, the Court issued an order to show cause why default judgment should not be entered with a return date of January 7, 2016;

WHEREAS, the Republic of Uzbekistan has requested an opportunity to be heard and an adjournment of the upcoming January 7, 2016 hearing;

WHEREAS, except as set forth below, Plaintiff and the Republic of Uzbekistan both seek to reserve all their rights and arguments as relevant to this action, including jurisdictional arguments, including under the Foreign Sovereign Immunities Act, including arguments relating to statutory and constitutional standing, and including arguments related to compliance with the requirements and deadlines established under Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules");

WHEREAS, Plaintiff and the Republic of Uzbekistan have reached agreement, subject to the approval of this Court, as to the Republic of Uzbekistan's request.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. The January 7, 2016 order to show cause hearing will proceed as to all potential claimants, defendants, and other parties, but such hearing shall not proceed as to the Republic of Uzbekistan, in whatever capacity.

2. Should the Court enter any order at or as a result of the January 7, 2016 hearing, such order shall be without prejudice to and shall not affect the rights, claims, interests, or arguments, including but not limited to jurisdictional arguments, that the Republic of Uzbekistan may have.

3. The Republic of Uzbekistan shall file a notice of claim on or before January 26, 2016, and then otherwise shall comply with the requirements of Rule G(5)(b) of the Supplemental Rules.

4. Except as expressly set forth in this stipulation, nothing herein shall limit, abridge, or affect any law, rules, arguments, or processes, including deadlines and time limitations, that apply to the claims and defenses Plaintiff and the Republic of Uzbekistan may have, and Plaintiff and the Republic of Uzbekistan expressly reserve all other rights they may have.

Dated: New York, New York
January 6, 2016

HOLWELL SHUSTER & GOLDBERG LLP

By: _____
Richard J. Holwell (rholwell@hsgllp.com)
Daniel P. Goldberg (dgoldberg@hsgllp.com)
Vincent Levy (vlevy@hsgllp.com)
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 837-5151

*Counsel for the Republic of Uzbekistan*

                              M. KENDALL DAY, CHIEF
                              ASSET FOREFEITURE AND MONEY
                                    LAUNDERING SECTION

By:    *Marie Dalton /vc*
      DANIEL H. CLAMAN
      Principal Assistant Deputy Chief
      MARIE DALTON
      Trial Attorney
      Asset Forfeiture and Money
          Laundering Section
      United States Department of Justice
      1400 New York Avenue, NW
      Bond Building, Suite 10100
      Washingon, DC 200005
      Telephone:   (202) 598-2983
      Email:        Marie.Dalton@usdoj.gov

      Attorneys for Plaintiff
      UNITED STATES OF AMERICA

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*    1-11-16

HONORABLE ANDREW L. CARTER, JR.
United States District Judge
Southern District of New York