Carter, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

          Plaintiff,

    v.

All Assets Held in Account Numbers
102162418400, 102162418260, and
102162419780 at Bank of New York
Mellon SA/NV, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

2-3-16

1:15-cv-05063 (ALC)

## STIPULATION AND ~~PROPOSED~~ ORDER

WHEREAS, by stipulation and order dated January 11, 2016, the Court permitted the Republic of Uzbekistan to file a verified claim in this action on or before January 26, 2016, subject to the parties' reservation of all arguments, rights, and defenses (Dkt. No. 20);

WHEREAS, the Republic of Uzbekistan filed a verified claim on January 26, 2016 (Dkt. No. 24), and, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule G(4)(b)"), the Republic of Uzbekistan has until February 16, 2016 to respond to the complaint filed by the United States of America;

WHEREAS, the United States of America and the Republic of Uzbekistan (collectively, the "parties") wish to discuss a possible out-of-court resolution, and believe that a stay of the litigation would support those discussions while preserving party and court resources.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

    1.    This action shall be stayed, and all proceedings and deadlines, including filing and discovery deadlines, shall be adjourned, for an initial period of three months from the date of the Court's order, in order to permit the parties to engage in the aforementioned discussions.

2.  At the conclusion of the three-month stay period, the parties shall meet and confer, and promptly update the Court, on the status of the discussions and on the need, if any, for an extension of this stay or for resumption of this action.

3.  In the event that the litigation resumes, the parties shall meet and confer on, and subsequently provide the Court with, a proposed schedule as to the filings required under Supplemental Rule G(4)(b), as well as any other motions or filings the parties intend to make.

Dated: New York, New York
       February 2, 2016

        HOLWELL SHUSTER & GOLDBERG LLP

        By: _____
           Richard J. Holwell (rholwell@hsgllp.com)
           Daniel P. Goldberg (dgoldberg@hsgllp.com)
           Vincent Levy (vlevy@hsgllp.com)
        750 Seventh Avenue, 26th Floor
        New York, NY 10019
        (646) 837-5151

        *Counsel for the Republic of Uzbekistan*

        U.S. DEPARTMENT OF JUSTICE, ASSET FORFEITURE AND MONEY LAUNDERING SECTION

        By: _____
           Marie Dalton (marie.dalton@usdoj.gov)
        1400 New York Avenue, NW
        Bond Building, Suite 10100
        Washington, DC 20005
        (202) 598-2983

        *Counsel for Plaintiff United States of America*

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR.
United States District Judge
Southern District of New York

2-2-16