USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

UNITED STATES OF AMERICA,

               Plaintiff,

             -against-

ANY AND ALL ASSETS HELD IN
ACCOUNT NUMBERS 102162418400,
102162418260, AND 102162419780 AT
BANK OF NEW YORK MELLON SA/NV,
BRUSSELS, BELGIUM, ON BEHALF OF
FIRST GLOBAL INVESTMENTS SPC
LIMITEDS AAA RATE, ET AL.,

             Defendants.

---------------------------------------------------------- X

1:15-cv-05063 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter dated November 5, 2019. ECF No. 54. Having considered Plaintiff's and the Interested Party's position that there is no conflict of interest, the Court finds that a recusal is not necessary in this case.

**SO ORDERED.**

Dated: November 12, 2019
       New York, New York

                                          ANDREW L. CARTER, JR.
                                          United States District Judge