| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 1/27/2021 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    Plaintiff,

  v.              1:15-cv-05063 (ALC)

All Assets Held in Account Numbers 102162418400, 102162418260, and 102162419780 at Bank of New York Mellon SA/NV, et al.

    Defendants *in rem.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    Plaintiff,

  v.              1:16-cv-01257 (ALC)

All funds held in Account Number CH1408760000050335300 at Lombard Odier Darier Hentsch & Cie Bank, Switzerland, on behalf of Takilant Limited, et al.,

    Defendants *in rem.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW L. CARTER, JR., United States District Court Judge:**

The Parties are ORDERED to file a joint status report concurrent with any request for an extension of the stay beyond May 3, 2021.

**SO ORDERED.**

Dated: New York, New York
    January 27, 2021

                  _____
                  ANDREW L. CARTER JR.
                  U.S. District Court Judge