```
UNITED STATES DISTRICT COURT                      USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                     DOCUMENT
- - - - - - - - - - - - - - - - - - - - - - - -  ELECTRONICALLY FILED
                                              x   DOC#: _____
United States of America,                     :   DATE FILED: 7/6/2021
                                              :
            Plaintiff,                        :
                                              :
      v.                                      :   1:15-cv-05063 (ALC)
                                              :
All Assets Held in Account Numbers            :
102162418400, 102162418260, and               :
102162419780 at Bank of New York              :
Mellon SA/NV, et al.                          :
                                              :
            Defendants in rem.                :
- - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - x
United States of America,                     :
                                              :
            Plaintiff,                        :
                                              :
      v.                                      :   1:16-cv-01257 (ALC)
                                              :
All funds held in Account Number              :
CH1408760000050335300 at Lombard Odier        :
Darier Hentsch & Cie Bank, Switzerland, on behalf :
of Takilant Limited, et al.,                  :
                                              :
            Defendants in rem.                :
- - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER**

      On July 2, 2021, the Parties seem to have filed two versions of a proposed stipulation and order extending the stay of this case. One version appears to request an extension through September 3, 2021 and the other seems to seek an extension through October 5, 2021 (Case No. 15-CV-5063; ECF Nos. 76, 77 and Case No. 16-CV-1257; ECF Nos. 54, 55). The Parties are hereby ORDERED to respond clarifying which proposed stipulation and order they would like the Court to review.

SO ORDERED:

_____  **Dated**: 7/6/2021
HONORABLE ANDREW L. CARTER, JR.
United States District Judge
Southern District of New York

1