UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
United States of America,

         Plaintiff,

   v.

All Assets Held in Account Numbers
102162418400, 102162418260, and
102162419780 at Bank of New York
Mellon SA/NV, et al.

         Defendants *in rem.*
------------------------------------- x

1:15-cv-05063 (LJL)

------------------------------------- x
United States of America,

         Plaintiff,

   v.

All funds held in Account Number
CH1408760000050335300 at Lombard Odier
Darier Hentsch & Cie Bank, Switzerland, on behalf
of Takilant Limited, et al.,

         Defendants *in rem.*
------------------------------------- x

1:16-cv-01257 (LJL)

## JOINT STATUS REPORT

The United States of America and Claimant Republic of Uzbekistan (the "Parties") respectfully submit the following Joint Status Report in accordance with the Court's order dated July 6, 2021. (*See* Case No. 1:15-cv-05063, Dkt. No. 80 and Case No. 1:16-cv-01257, Dkt. No. 58.)

**1.** To date, the United States has arrested approximately $5.83 million USD pursuant to arrest warrants issued on April 2, 2021, and November 14, 2019. (*See* Case No. 1:15-cv-05063, Dkt. No. 72; no docket entry in Case No. 1:15-cv-05063 for the warrant dated November 14, 2019.)

2. The remaining assets at issue in the above-captioned actions are currently frozen overseas. Final disposition of the overseas assets, however, is complicated by the fact that, in some instances, they are subject to separate foreign proceedings.

3. The Parties remain committed to reaching an agreement to resolve these actions. The Parties are in regular contact—through undersigned counsel and diplomatic channels—to facilitate their ongoing settlement discussions. The Parties also continue to be in contact with foreign authorities regarding the progress of parallel foreign proceedings covering the same assets.

4. Since the Parties filed their previous Joint Status Report on April 30, 2021, Uzbekistan has responded to several requests for information from the United States, in furtherance of the Parties' ongoing settlement discussions. In mid-September, the United States requested additional information from Uzbekistan. Uzbekistan has responded to the majority of these requests and is currently compiling additional information from its government agencies.

5. The Parties anticipate they require at least six more months to address the various complicated issues necessary for settlement.

6. Accordingly, the Parties will file a stipulation requesting a further extension of the stay concurrently with the submission of this Joint Status Report.

//
//
//

Dated: October 5, 2021

                DEBORAH CONNOR
                CHIEF, MONEY LAUNDERING AND ASSET RECOVERY SECTION

                By: */s/ Alison A. Yewdell*
                DANIEL H. CLAMAN
                Principal Deputy Chief, International Unit
                MICHAEL W. KHOO
                ALISON A. YEWDELL
                Trial Attorneys
                Money Laundering and Asset Recovery Section
                United States Department of Justice
                1400 New York Avenue, NW
                Bond Building, Suite 10100
                Washingon, DC 200005
                Telephone: (202) 616-1674
                Facsimile: (202) 616-2547
                Email: alison.yewdell@usdoj.gov

                Attorneys for Plaintiff
                UNITED STATES OF AMERICA


                HOLWELL SHUSTER & GOLDBERG LLP

                By: */s/ Andrei Vrabie*
                    Richard J. Holwell (rholwell@hsgllp.com)
                    Vincent Levy (vlevy@hsgllp.com)
                    Andrei Vrabie (avrabie@hsgllp.com)
                    425 Lexington Avenue, 14th Floor
                    New York, NY 10017
                    (646) 837-5151

                Attorneys for Claimant
                REPUBLIC OF UZBEKISTAN