UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA, )
 )
        Plaintiff, )  **ARREST WARRANT IN REM**
 )
     - v.- )
 )  15 Civ. 05063
ANY AND ALL ASSETS HELD IN )
ACCOUNT NUMBERS 102162418400, )
102162418260, AND 102162419780 )
AT BANK OF NEW YORK MELLON )
SA/NV, BRUSSELS, BELGIUM, ON )
BEHALF OF FIRST GLOBAL )
INVESTMENTS SPC LIMITED'S )
"AAA RATED FIXED INCOME OF )
DEVELOPED ECONOMIES SEGREGATED )
PORTFOLIO," FUND ID )
AAARATEDFIX01, GENERAL ACCOUNT )
NUMBER 216241, AND ANY PROPERTY )
TRACEABLE THERETO, )
 )
ANY AND ALL ASSETS HELD IN )
ACCOUNT NUMBERS 102165527100, )
102165528400, AND 102165529780 )
AT BANK OF NEW YORK MELLON )
SA/NV, BRUSSELS, BELGIUM, ON )
BEHALF OF FIRST GLOBAL )
INVESTMENTS SPC LIMITED'S )
"SINGLE FUNDS SEGREGATED )
PORTFOLIO," FUND ID FGISINGLE01, )
CID NUMBER 3178750045, AND ANY )
PROPERTY TRACEABLE THERETO, )
 )
ANY AND ALL ASSETS HELD IN )
ACCOUNT NUMBERS 102165517100, )
102165518400, AND 102165519780 )
AT BANK OF NEW YORK MELLON )
SA/NV, BRUSSELS, BELGIUM, ON )
BEHALF OF FIRST GLOBAL )
INVESTMENTS SPC LIMITED'S "HEDGE )
FUND OF FUNDS SEGREGATED )
PORTFOLIO," FUND ID HEDGEFOFS01, )
CID NUMBER 3178750029, AND ANY )
PROPERTY TRACEABLE THERETO, )

1

**ANY AND ALL SHARES OF FIRST** )
**GLOBAL INVESTMENTS SPC LIMITED'S** )
**"AAA RATED FIXED INCOME OF** )
**DEVELOPED ECONOMIES SEGREGATED** )
**PORTFOLIO," "SINGLE FUNDS** )
**SEGREGATED PORTFOLIO," AND** )
**"HEDGE FUND OF FUNDS SEGREGATED** )
**PORTFOLIO" HELD BY OR FOR THE** )
**BENEFIT OF SWISDORN LIMITED IN** )
**ACCOUNT NUMBER 11333701 AT BANK** )
**OF NEW YORK MELLON INVESTMENT** )
**SERVICING (INTERNATIONAL)** )
**LIMITED IN IRELAND,** )
)
**ANY AND ALL SHARES OF FIRST** )
**GLOBAL INVESTMENTS SPC LIMITED'S** )
**"SINGLE FUNDS SEGREGATED** )
**PORTFOLIO" AND "HEDGE FUND OF** )
**FUNDS SEGREGATED PORTFOLIO" HELD** )
**BY OR FOR THE BENEFIT OF** )
**TAKILANT LIMITED IN ACCOUNT** )
**NUMBER 11243201 AT BANK OF NEW** )
**YORK MELLON INVESTMENT SERVICING** )
**(INTERNATIONAL) LIMITED IN** )
**IRELAND,** )
)
**ANY AND ALL SHARES OF FIRST** )
**GLOBAL INVESTMENTS SPC LIMITED'S** )
**"SINGLE FUNDS SEGREGATED** )
**PORTFOLIO" AND "HEDGE FUND OF** )
**FUNDS SEGREGATED PORTFOLIO" HELD** )
**BY OR FOR THE BENEFIT OF** )
**EXPOLINE LIMITED IN ACCOUNT** )
**NUMBER 11333801 AT BANK OF NEW** )
**YORK MELLON INVESTMENT SERVICING** )
**(INTERNATIONAL) LIMITED IN** )
**IRELAND,** )
)
**ANY AND ALL ASSETS UNDERLYING** )
**THE SHARES OF FIRST GLOBAL** )
**INVESTMENTS SPC LIMITED'S** )
**"AAA RATED FIXED INCOME OF** )
**DEVELOPED ECONOMIES SEGREGATED** )
**PORTFOLIO," FUND ID** )
**AAARATEDFIX01, HELD IN THE** )
**CUSTODY OF BANK OF NEW YORK** )

| | |
|---|---|
| MELLON TRUST CO.(IRELAND) | ) |
| LIMITED, AND ANY PROPERTY | ) |
| TRACEABLE THERETO, | ) |
| | ) |
| ANY AND ALL ASSETS UNDERLYING | ) |
| THE SHARES OF FIRST GLOBAL | ) |
| INVESTMENTS SPC LIMITED'S | ) |
| "SINGLE FUNDS SEGREGATED | ) |
| PORTFOLIO," FUND ID FGISINGLE01, | ) |
| HELD IN THE CUSTODY OF | ) |
| BANK OF NEW YORK MELLON TRUST | ) |
| CO.(IRELAND) LIMITED, AND ANY | ) |
| PROPERTY TRACEABLE THERETO, | ) |
| | ) |
| ANY AND ALL ASSETS UNDERLYING | ) |
| THE SHARES OF FIRST GLOBAL | ) |
| INVESTMENTS SPC LIMITED'S | ) |
| "HEDGE FUND OF FUNDS SEGREGATED | ) |
| PORTFOLIO," FUND ID HEDGEFOFS01, | ) |
| HELD IN THE CUSTODY OF BANK OF | ) |
| NEW YORK MELLON TRUST CO. | ) |
| (IRELAND) LIMITED, AND ANY | ) |
| PROPERTY TRACEABLE THERETO, | ) |
| | ) |
| ANY AND ALL ASSETS UNDERLYING | ) |
| THE SHARES OF FIRST GLOBAL | ) |
| INVESTMENTS SPC LIMITED'S | ) |
| "SINGLE FUNDS SEGREGATED | ) |
| PORTFOLIO," ACCOUNT ID BNY | ) |
| MIS/BNY AIS NOM.-FGI SPC | ) |
| S.FDS, HELD IN ACCOUNT NUMBER | ) |
| 16780 AT CLEARSTREAM BANKING, | ) |
| S.A., LUXEMBOURG, AND ANY | ) |
| PROPERTY TRACEABLE THERETO, | ) |
| and | ) |
| | ) |
| ANY AND ALL ASSETS UNDERLYING | ) |
| THE SHARES OF FIRST GLOBAL | ) |
| INVESTMENTS SPC LIMITED'S | ) |
| "HEDGE FUND OF FUNDS SEGREGATED | ) |
| PORTFOLIO," ACCOUNT ID BNY/B. | ) |
| AIS N. AC F G IN SPC H FD FD, | ) |

```
HELD IN ACCOUNT NUMBER 16747         )
AT CLEARSTREAM BANKING, S.A.,        )
LUXEMBOURG, AND ANY PROPERTY         )
TRACEABLE THERETO,                   )
                                     )
Defendants-in-rem.                   )
                                     )
_____ )
```

**WARRANT FOR ARREST OF PROPERTY**

TO: THE UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT-HOMELAND SECURITY INVESTIGATIONS, THE INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION, OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, a Verified Complaint for forfeiture in the above-captioned matter was filed on June 29, 2015, in the United States District Court for the Southern District of New York, alleging that certain defendants *in rem* are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), including "[a]ny and all assets underlying the shares of First Global Investments SPC Limited's 'Hedge Fund of Funds Segregated Portfolio,' Fund ID HEDGEFOFS01, held in the custody of Bank of New York Mellon Trust Co. (Ireland) Limited, and any property traceable thereto" (the "FGI Assets");

WHEREAS, as recited in a joint stipulation filed on April 1, 2022, by the Parties (ECF No. 85), certain of the FGI Assets have been redeemed and converted to cash proceeds (the "Dynamic Proceeds," as more fully defined below); and

4

The Court being satisfied that, based on the Verified Complaint and the Parties' stipulation, there is probable cause to believe that the Dynamic Proceeds are subject to forfeiture to the United States as a substitute *res*;

**YOU ARE, THEREFORE, HEREBY COMMANDED** pursuant to the provisions of 18 U.S.C. § 981 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to arrest the Proceeds more fully described as:

> **All property traceable to the redemption of 330.2205 shares in the Dynamic Offshore Fund Limited, a Cayman Islands company, held in the account name of BNY AIS Nominee Ltd AC First Global Investments SPC Ltd Hedge Fund of Funds,**

and to cause the said Dynamic Proceeds to be transferred to the custody of the United States Treasury Executive Office for Asset Forfeiture by wire transfer to the following account:

> Federal Reserve Bank of New York
> 33 Liberty Street
> New York, N.Y.  10045
>
> ABA# 021030004
> ACT# 870050094001 (Treasury Suspense Account)

**IT IS FURTHER ORDERED** that upon receipt of the Dynamic Proceeds, the United States Treasury Executive Office for Asset Forfeiture shall maintain custody until further order of the Court;

**YOU ARE FURTHER COMMANDED,** after execution of this process, to file a Return with the United States District Court for the Southern District of New York.

APPROVED AND SO ORDERED:

/s/ Lewis J. Liman                    Dated: 4/4/2022

HONORABLE LEWIS J. LIMAN
United States District Judge