```
UNITED STATES DISTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                           DOCUMENT
---------------------------------------------------X    ELECTRONICALLY FILED
                                                    :   DOC #:_____
UNITED STATES OF AMERICA,                           :   DATE FILED: 12/05/2022
                                                    :
                        Plaintiff,                  :
                                                    :
        -v-                                         :
                                                    :
ALL ASSETS HELD IN ACCOUNT NUMBERS                  :   15-cv-05063 (LJL)
102162418400, 102162418260, AND                     :
102162419780 AT BANK OF NEW YORK                    :
MELLON SA/NV, et al.,                               :
                                                    :
                        Defendants.                 :
                                                    :
---------------------------------------------------X
                                                            Order
---------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                        Plaintiff,                  :
                                                    :
        -v-                                         :
                                                    :
ALL FUNDS HELD IN ACCOUNT NUMBER                    :   16-cv-01257 (LJL)
CH1408760000050335300 AT LOMBARD ODIER              :
DARIER HENTSCH & CIE BANK, SWITZERLAND,             :
ON BEHALF OF TAKILANT LIMITED, et al.,              :
                                                    :
                        Defendants.                 :
                                                    :
---------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The parties are directed to file a joint report with the Court regarding the status of the cases no later than March 29, 2023.

    SO ORDERED.

Dated: December 5, 2022  
       New York, New York

                                                                  LEWIS J. LIMAN  
                                                      United States District Judge